**FILED**

September 13, 2005

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )     Case No. MAG. 05-0259-GGH
          Plaintiff,         )
                             )
v.                           )     ORDER FOR RELEASE OF
                             )     PERSON IN CUSTODY
MAC P. MCABEE,               )
                             )
          Defendant.         )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release _MAC P. MCABEE_ , Case No. _MAG. 05-

0259-GGH_ , Charge _18USC § 228(a)(3)_ , from custody subject to the conditions contained in the

attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        ✔    (Other)    Pretrial Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _September 13, 2005_ at _2:00 pm._

By   /s/ Gregory G. Hollows

    Gregory G. Hollows
    United States Magistrate Judge

Copy 5 - Court

Received at: 11:05AM, 9/13/2005

09/13/2005  11:07   5165542808                US ATTY MISD UNIT                    PAGE   03/03

** TOTAL PAGE.02 **

*Mag. 05-259-GGH*

06/23/05  14:04 FAX 815 323 2800

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

_____SOUTHERN_____  DISTRICT OF _____IOWA_____

UNITED STATES OF AMERICA

RECEIVED

2005 JUN 22  P 2 51

V.

WARRANT FOR ARREST

MAC P. McABEE

3 MARSHALS. S/IOWA

CASE NUMBER: 4:05-CR-139

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Mac P. McAbee____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

In violation of Title ____18____ United States Code, Section(s) ____228(a)(3)____

____D. Vogel/Celeste. K. Bremer____         ____U. S. Magistrate Judge____
Name of Issuing Officer                        Title of Issuing Officer

_____              ____June 22, 2005,____ ____Des Moines, Iowa____
Signature of Issuing Officer                     Date and Location

Bail fixed at $_____ by _____

Name of Judicial Officer

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Received at: 11:05AM, 9/13/2005

09/13/2005  11:07    9165542808                    US ATTY MISD UNIT                    PAGE   02/03

08/28/05  14:04 FAX 515 323 2800                                                              ☑004

# RECEIVED

JUN 2 2 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 4:05-CR-139 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | INDICTMENT |
| MAC P. McABEE, ) | (T.18 U.S.C. §228(a)(3)) |
| ) | |
| Defendant. ) | |

THE GRAND JURY CHARGES:

## COUNT 1
### (Failure to Pay Legal Child Support Obligation)

From on or about January 1, 2001, to the present, in the Southern District of Iowa, and

elsewhere, the Defendant, Mac P. McAbee, who at all times material hereto resided in a State

different than his children, willfully and unlawfully failed to pay a support obligation with respect to

said children, who resided in the Southern District of Iowa, as ordered by the District Court of Polk

County, Iowa, which obligation is greater than $130,000.

This is in violation of Title 18, United States Code, Section 228(a)(3).

A TRUE BILL.

FOREPERSON

Matthew G. Whitaker
United States Attorney

By:

John E. Beamer
Assistant United States Attorney